IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-100-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| DEMEATRIUS DESHAUN COGDELL, ) | |
| Defendant. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable W. Earl Britt, Senior United States District Judge, for all further proceedings. **All future documents should reflect the revised case number of 7:15-CR-100-1BR.**

This 12th day of November, 2015.

*[signature]*
JULIE RICHARDS JOHNSTON, CLERK