UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-100-1BR

UNITED STATES OF AMERICA

v.

DEMEATRIUS DESHAUN COGDELL

ORDER

On even date herewith, defendant moved in open court to continue arraignment and trial. The government does not oppose the motion. For good cause shown, the motion is GRANTED. Arraignment and trial are CONTINUED to 6 June 2016. Because defense counsel needs additional time to prepare and meet with defendant, the court finds the ends of justice served by the granting of this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 9 May 2016.

                                         _____
                                         W. Earl Britt
                                         Senior U.S. District Judge