UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-100-1BR

UNITED STATES OF AMERICA

v.

DEMEATRIUS DESHAUN COGDELL

ORDER

This matter is before the court on defendant's *pro se* "motion for judicial review," in which defendant requests that the court reduce his sentence based on his successful completion of various programs and classes within the Bureau of Prisons. (DE # 51.) While the court commends defendant on his positive achievements while incarcerated, the court does not have the authority to modify a sentence of imprisonment except under limited circumstances not applicable here. See 18 U.S.C. §§ 3582(b), (c). Accordingly, defendant's motion is DENIED. The Clerk is DIRECTED to return to defendant the original certificates he submitted in support of the motion, (DE # 50).

This 22 December 2017.

W. Earl Britt
Senior U.S. District Judge